1    CENTER FOR DISABILITY ACCESS
2    Chris Carson, Esq., SBN 280048
     Phyl Grace, Esq., SBN 171771
3    Dennis Price, Esq., SBN 279082
     Mail: PO Box 262490
4    San Diego, CA 92196-2490
     Delivery: 9845 Erma Road, Suite 300
5    San Diego, CA 92131
     (858) 375-7385; (888) 422-5191 fax
6    phylg@potterhandy.com
     Attorneys for Plaintiff

7    Lisa Barnett Sween (State Bar No. 191155)
     Jamerson C. Allen (State Bar No. 132866)
8    Janelle Sahouria (State Bar No.253699)
     JACKSON LEWIS P.C.
9    50 California Street, 9th Floor
     San Francisco, CA 94111
10   Telephone 415.394.9400
     Facsimile: 415.394.9401
11   E-mail: Lisa.Sween@jacksonlewis.com
     allenj@jacksonlewis.com
12   Janelle.Sahouria@jacksonlewis.com
     Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 3:18-CV-00350-SK |
| Plaintiff, | |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| TCC UNION SQUARE, L.P., a California Limited Partnership; TIBURON CAPITAL CORPORATION, a California Corporation; KPH MANAGEMENT LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

    The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

    All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to

all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: October 18, 2018          CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Lockhart Seabock
                                     Amanda Lockhart Seabock
                                     Attorneys for Plaintiff

Dated: October 23, 2018          JACKSON LEWIS P.C.

                                 By: /s/ Janelle Sahouria
                                     Janelle Sahouria
                                     Attorney for Defendants

### SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Janelle Sahouria, counsel for Defendants, and that I have obtained Ms. Sahouria's authorization to affix his electronic signature to this document.

Dated: October 23, 2018          CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Lockhart Seabock
                                     Amanda Lockhart Seabock
                                     Attorneys for Plaintiff