CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Lisa Barnett Sween (State Bar No. 191155)
Jamerson C. Allen (State Bar No. 132866)
Janelle Sahouria (State Bar No. 253699)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone 415.394.9400
Facsimile: 415.394.9401
E-mail: Lisa.Sween@jacksonlewis.com
allenj@jacksonlewis.com
Janelle.Sahouria@jacksonlewis.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TCC UNION SQUARE, L.P., a California Limited Partnership; TIBURON CAPITAL CORPORATION, a California Corporation; KPH MANAGEMENT LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 3:18-CV-00350-SK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 13, 2018     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: December 13, 2018     JACKSON LEWIS P.C.

By: /s/ Janelle Sahouria
Janelle Sahouria
Attorney for Defendants

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Janelle Sahouria, counsel for Defendants, and that I have obtained Ms. Sahouria's authorization to affix his electronic signature to this document.

Dated: December 13, 2018        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
　　Amanda Lockhart Seabock
　　Attorneys for Plaintiff